UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUNG NGUYEN, an individual, and NIKKI NGUYEN, an individual,<br>Plaintiffs,<br>v.<br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br>Defendant. | NO. 2:26-cv-01924-JHC<br>ORDER GRANTING STIPULATED MOTION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A) |

Based on the Stipulated Motion for Dismissal Pursuant to FRCP 41(a)(1)(A) in this matter, Dkt. # 15, IT IS HEREBY ORDERED that all claims in this action shall be dismissed with prejudice and without costs. The parties shall each bear their own attorney fees and costs.

DATED this 1st day of October, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE